**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| Ad Service LLC, | ) | Case No. 26-41666-659 |
| | ) | |
| Debtor. | ) | |

### VERIFIED STATEMENT OF SUCCESSOR SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

(d)     My firm has represented the following creditors in the past: Triad Bank, Amur Equipment Finance, Capital One, and Michael Todd, but not in connection with this Debtor.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $350.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

1

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: July 15, 2026.

By:/s/ Christopher Lee

Christopher Lee
Sandberg Phoenix
120 S. Central Avenue, Suite 700
Clayton, MO 63105
clee@sandbergphoenix.com
(314) 725-9100
SUBCHAPTER V TRUSTEE